IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PATRICIA LENORE**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 2:22-cv-00052-BSM**

**CITY OF HELENA-WEST HELENA and**
**MAYOR KEVIN SMITH,**
in his individual and official capacity                                                          **DEFENDANTS**

## ORDER

Pursuant to parties' joint stipulation of dismissal [Doc. No. 14] this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE