IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

PATRICIA LENORE                                                                                        PLAINTIFF

v.                              CASE NO. 2:22-cv-00052-BSM

CITY OF HELENA-WEST HELENA and
MAYOR KEVIN SMITH,
in his individual and official capacity                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE